1  Peter T. Kirchen, Esq. (SBN 068538)
     pkirchen@kernwooley.com
2  Darrell M. Padgette, Esq. (SBN 199382)
     dpagette@kernwooley.com
3  KERN AND WOOLEY LLP
   11100 Santa Monica Boulevard, 7th Floor
4  Los Angeles, California 90025
   Telephone: (310) 824-1777
5  Facsimile: (310) 824-0892

6  Attorneys for Plaintiff
   AVEX, INC.

**ORIGINAL**

FILED
CLERK, U S DISTRICT COURT
JUN 28 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

Priority  X
Send      X
Enter     ___
Closed    ___
JS-5/JS-6  X
JS-2/JS-3  ___
Scan Only ___

| | |
|---|---|
| AVEX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., a foreign corporation; SKYFORCE AVIONICS LTD., a foreign corporation; SOCATA AIRCRAFT, INC., a foreign corporation; SOCIETE DE CONSTRUCTION DE AVIONS D'TOURISME ET DE AFFAIRS, a foreign corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. CV05-7105 SJO (VBKx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

///

///

///

290362

DOCKETED ON CM
JUN 28 2006
BY ___

29

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS
Case No. CV05-7105 SJO (VBKx)

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above captioned action be and
3  hereby is dismissed as to all defendants without prejudice pursuant to Fed. R.
4  Civ. P. 41(a)(1)(ii).

5  Each party is to bear their own costs, expenses and attorneys fees.

8  DATED: June 19, 2006          KERN AND WOOLEY LLP

                                  */s/ Darrell M. Padgette*

10                                Peter T. Kirchen  (SBN 068538)
11                                Darrell M. Padgette  (SBN 199382)

12                                Attorneys for Plaintiff
                                  AVEX, INC.

14  DATED: June 16, 2006          PERKINS COIE LLP

16                                */s/ David T. Biderman*
                                  David T. Biderman  (SBN 101577)
17                                Melora M. Garrison  (SBN 205408)

18                                Attorneys for Defendants
                                  HONEYWELL INTERNATIONAL INC. and
19                                SKYFORCE AVIONICS LTD.

21  DATED: June ___, 2006         NIXON PEABODY LLP

23  IT IS SO ORDERED
24  Dated 6/27/06                 William L. Robinson  (SBN 087647)
                                  Lori A. Winfree  (SBN 205351)

25                                Attorneys for Defendants
                                  SOCATA AIRCRAFT, INC. and
26  _____          SOCIETE DE CONSTRUCTION DE
    United States District Judge  AVIONS D'TOURISME ET DE AFFAIRS

C:\Documents and Settings\garrm\Local Settings\Temporary        2
Internet Files\OLK1B\Avex Dismissal Federal Action1.doc

KERN AND
WOOLEY LLP

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS
Case No. CV05-7105 SJO (VBKx)

1   IT IS HEREBY STIPULATED by and between the parties to this action
2   through their designated counsel that the above captioned action be and
3   hereby is dismissed as to all defendants without prejudice pursuant to Fed. R.
4   Civ. P. 41(a)(1)(ii).
5   · Each party is to bear their own costs, expenses and attorneys fees.

DATED: June ___, 2006        KERN AND WOOLEY LLP

_____
Peter T. Kirchen (SBN 068538)
Darrell M. Padgette (SBN 199382)

Attorneys for Plaintiff
AVEX, INC.

DATED: June ___, 2006        PERKINS COIE LLP

_____
David T. Biderman (SBN 101577)
Melora M. Garrison (SBN 205408)

Attorneys for Defendants
HONEYWELL INTERNATIONAL INC. and
SKYFORCE AVIONICS LTD.

DATED: June 8, 2006          NIXON PEABODY LLP

_____
William L. Robinson (SBN 087647)
Lori A. Winfree (SBN 205351)

Attorneys for Defendants
SOCATA AIRCRAFT, INC. and
SOCIETE DE CONSTRUCTION DE
AVIONS D'TOURISME ET DE AFFAIRS

KERN AND WOOLEY LLP    290362    2
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS
Case No. CV05-7105 SJO (VBKx)

JUN 09 2006 10:30 AM         9494756910              PAGE.03

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 11100 Santa Monica Boulevard, Los Angeles, California 90025.

On June 19, 2006, I served the following document(s) described as **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED LIST

☒ **BY MAIL:** I am readily familiar with Kern and Wooley's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. Such document(s) were placed for collection and mailing in a sealed envelope with postage thereon fully prepaid, at Los Angeles, California on this date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY:** I caused the above-referenced document(s) to be delivered to an authorized courier, in a sealed enveloped or package designated by the overnight service courier, with fees pre-paid for next business-day delivery to the person(s) at the address(es) set forth herein.

☐ **BY TWO-DAY EXPRESS DELIVERY:** I caused the above-referenced document(s) to be delivered to an authorized courier, in a sealed enveloped or package designated by the express service courier, with fees pre-paid for delivery on the second business day to the person(s) at the address(es) set forth herein.

☐ **BY PERSONAL SERVICE:** I delivered such document(s) by hand to the person(s) at the address(es) set forth herein.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile. The number of the sending facsimile machine was (310) 996-7301. The name and facsimile machine number of the person(s) served are set forth herein. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2006, at Los Angeles, California.

_____
Carol Lee

KERN AND WOOLEY LLP

268098

**SERVICE LIST**
**Reaveley v. Avex**
**Case No. CIV 219595**

| | |
|---|---|
| John D. Winer, Esq.<br>Steven J. Plas, Esq.<br>**LAW OFFICES OF JOHN D. WINER**<br>The Ordway Building<br>One Kaiser Plaza, Suite 1450<br>Oakland, CA 94612<br>Tel: 510-433-1000; Fax: 510-433-1001 | Attorneys for Plaintiffs<br>**Kelly Reaveley, et al.** |
| Colin P. King, Esq.<br>**DEWSNUP, KING & OLSEN**<br>2020 Beneficial Life Tower<br>36 South State Street<br>Salt Lake City, UT 84111<br>Tel: 801-533-0400; Fax: 801-363-4218 | Attorneys for Plaintiffs<br>**Kelly Reaveley, et al.** |
| Steve Johnson, Esq.<br>**NIXON & PEABODY LLP**<br>Two Embarcadero Center, Suite 2700<br>San Francisco, CA 94111<br>Tel: 415-984-8200; Fax: 415-984-8300 | Attorneys for Defendants & Cross-Defendants<br>**Socata Entities** |
| William Robinson, Esq.<br>Lori A. Winfree, Esq.<br>**NIXON & PEABODY LLP**<br>2040 Main Street, Suite 850<br>Irvine, CA 92614<br>Tel: 949-475-6900; Fax: 949-475-6910 | Attorneys for Defendants & Cross-Defendants<br>**Socata Entities** |
| David T. Biderman, Esq.<br>Malora Garrison, Esq.<br>**PERKINS COIE LLP**<br>1620 26th Street, Sixth Floor<br>Santa Monica, CA 90404<br>Tel: 310-788-9900; Fax: 310-788-3399 | Attorneys for Cross-Defendant<br>**Honeywell International** |
| Michael G. McQuillen, Esq.<br>Paula L. Wegman, Esq.<br>**ADLER, MURPHY & McQUILLEN**<br>One North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602<br>Tel: 312-345-0700; Fax: 312-345-9860 | Attorneys for Cross-Defendant<br>**Honeywell International** |

KERN AND WOOLEY LLP

268098

| | |
|---|---|
| Garland O. Bell, Esq.<br>**LAW OFFICE OF GARLAND O. BELL**<br>Post Office Box 2825<br>5007 Tiffany Point<br>Granite Bay, CA 95746<br>Tel: 916-772-5414; Fax: 916-772-5818 | Attorneys for<br>**Carol Braunstein** |
| E. Lee Horton, Esq.<br>**WALLER LANSDEN DORTCH & DAVIS, LLP**<br>520 S. Grand Avenue, Suite 800<br>Los Angeles, CA 90071<br>Tel: 213-362-3680; Fax: 213-362-3679 | Attorneys for Defendant<br>**Able Avionics** |
| J. Michael Crowe, Esq.<br>**CROWE & ROGAN LLP**<br>100 Wilshire Boulevard<br>Suite 200<br>Santa Monica, CA 90401<br>Tel: 310-917-4500; Fax: 310-917-5677 | Attorneys for Defendants<br>**Avex, Inc. and The New Avex, Inc.** |

KERN AND WOOLEY LLP

268098